Honora: ABEL Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

72,651-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

RE: TONY ANTHONY TRAYLOR T.D.C.J.- C.I.D Number 1569031

Court of Criminal Appeals WR-72,651-03
Trial Case Number CRD8-257/4th District Court· Rusk County

Hou. Acosta:

On 14 July 2015 Applicant submitted His motion for Rehearing In Banc in Above Court of Criminal Appeal (C.C.CA) Number Applicant Has Not Recieved Notice of filing, or Any other Notice over this motion Applicant is formally Requesting the status of his motion for Rehearing IN BANC.

Respectfully Submitted
Coffield Unit
2661 Fm 2054
Tennessee Colony, TX 75884